UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DARVIN CASTRO SANTOS | * | CIVIL ACTION NO: 16-598 |
| | * | |
| v. | * | CHIEF JUDGE |
| | * | BRIAN A. JACKSON |
| MAJOR CRAIG WHITE; | * | |
| CAPTAIN JOHN WELLS; | * | MAGISTRATE JUDGE |
| COLONEL ALLEN VERRET; | * | ERIN WILDER-DOOMES |
| CAPTAIN BILLY VERRET; AND | | |
| LIEUTENANT ASHLEY MARTELL | | |

**********************************************

**JOINT SUBMISSION ON SETTLEMENT EFFORTS**

I declare under penalty of perjury that the parties jointly submit that there have been

no settlement negotiations.

Respectfully submitted:

s/ Donna U. Grodner
Donna U. Grodner (20840)
GRODNER & ASSOCIATES
2223 Quail Run, B-1
Baton Rouge, Louisiana 70808
(225) 769-1919 FAX (225) 769-1997
dgrodner@grodnerlaw.com

CERTIFICATE

I hereby certify that on December 23, 2019, a copy of the foregoing was filed and

served electronically with the Clerk of Court using the CM/ECF system.

s/Donna Grodner
Donna U. Grodner (20840)