## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**DARVIN CASTRO SANTOS**                                **CIVIL ACTION**

**VERSUS**

                                                                                **NO. 16-598-BAJ-EWD**

**CRAIG WHITE, ET AL.**

## **ORDER**

Pursuant to the remand of this matter for further proceedings,[1] the following deadlines are established in accordance with Federal Rule of Civil Procedure 16(b) in consultation with the district judge:

1. Deadline to request settlement conference: **May 25, 2022**

3. Deadline to file pre-trial order: **August 15, 2022**

4. Deadline to file motions in limine: **September 12, 2022.** Responses to motions in limine shall be filed within the time period provided by the local rules.

5. Deadline to file an affidavit of settlement efforts: **September 26, 2022**

6. Pre-trial conference date: **September 1, 2022 at 3:30 p.m.** in the chambers of the Honorable Brian A. Jackson.

7. Deadline to submit joint jury instructions, voir dire, verdict forms, and trial briefs to the presiding judge: **October 17, 2022**

    **The information regarding the Honorable Brian A. Jackson's pretrial order may be found on the court's website at (http://www.lamd.uscourts.gov) under "Judges' Info."**

8. A **3-day jury trial** is scheduled for **8:30 a.m. beginning on October 31, 2022 in Courtroom 2.**

---

[1] R. Doc.

Jury

The time limits set forth in this order shall not be modified except by leave of court upon a showing of good cause. Joint, agreed or unopposed motions to extend scheduling order deadlines will not be granted automatically. All motions to extend scheduling order deadlines must be supported by facts sufficient to find good cause as required by Rule 16, Fed.R.Civ.P. Extensions of deadlines governing discovery must be supported with information describing the discovery already completed, what necessary discovery remains, the parties' efforts to complete the remaining discovery by the deadline, and any additional information showing that the parties have diligently pursued their discovery. Further, a motion to extend any deadline set by this Order must be filed before its expiration.

Parties are directed to consult the Middle District's Administrative Procedures which contains additional mandatory filing rules and procedures. The Administrative Procedures are available for viewing and download on the court's website (http://www.lamd.uscourts.gov) under "E-Filing," "CM/ECF Info," "Administrative Procedures."

The parties may contact the court at (225) 389-3584 should they wish to schedule a settlement conference.

Signed in Baton Rouge, Louisiana, on January 12, 2022.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**