# *United States Court of Appeals*

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 13, 2022

Mr. Michael L. McConnell
Middle District of Louisiana, Baton Rouge
United States District Court
777 Florida Street
Room 139
Baton Rouge, LA 70801

    No. 20-30048   Santos v. White
                            USDC No. 3:16-CV-598

Dear Mr. McConnell,

Enclosed is a copy of the Supreme Court order denying certiorari.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                By: _____
                                Stacy Carpenter Vial, Deputy Clerk

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 13, 2022

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re: Darvin Castro Santos
        v. Craig White, et al.
        No. 21-1425
        (Your No. 20-30048)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk

