UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DARVIN CASTRO SANTOS | CIVIL ACTION NO. |
| VERSUS | 16-598-BAJ-EWD |
| CRAIG WHITE, ET AL. | |

### VIDEO SETTLEMENT CONFERENCE REPORT AND RECOMMENDATION

A video settlement conference was held via Zoom before Magistrate Judge Erin Wilder-Doomes on September 7, 2022, with the following participants:

**PRESENT:**

**Donna U. Grodner**
Counsel for Plaintiff,
Darvin Castro Santos

**Darvin Castro Santos**
Plaintiff

**Dawn T. Mire**
Counsel for Defendants,
Craig White, John Wells, Allen Verret, Billy Verret and Ashley Martell

**Jason Clark**
Representative of Defendants,
Craig White, John Wells, Allen Verret, Billy Verret and Ashley Martell

The parties reached amicable resolution of all remaining claims, which agreement was recited into the record.

### RECOMMENDATION

**IT IS RECOMMENDED** that a 60-day conditional order of dismissal issue.

Signed in Baton Rouge, Louisiana, on September 7, 2022.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

cv33a; T:3:00