UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DARVIN CASTRO SANTOS** | **CIVIL ACTION** |
| **VERSUS** | |
| **CRAIG WHITE, ET AL.** | **NO. 16-00598-BAJ-EWD** |

## ORDER

Considering the Magistrate Judge's **Video Settlement Conference Report and Recommendation (Doc. 126)**, which reflects that the parties have reached a compromise and settlement of all claims in this matter, and recommends a 60-day conditional order of dismissal,

**IT IS ORDERED** that this action is **DISMISSED**, without prejudice to the right, upon good cause shown, within 60 days, to reopen the action, if the settlement is not perfected.

**IT IS FURTHER ORDERED** that upon perfection of settlement, the parties shall immediately file a joint stipulation of dismissal consistent with the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii).

Baton Rouge, Louisiana, this 8th day of September, 2022

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**