AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER

*Please Read Instructions:*

**FOR COURT USE ONLY**
DUE DATE:

| | |
|---|---|
| 1. NAME: Jack Largess | 2. PHONE NUMBER: (504) 383-5130 |
| 4. DELIVERY ADDRESS OR EMAIL: 4051 Ulloa St OR jackl@ip-no.org | 5. CITY: New Orleans / 6. STATE: LA / 7. ZIP CODE: 70119 |
| 8. CASE NUMBER: 3:16-cv-00598 | 9. JUDGE: Erin Wilder-Doomes |
| 12. CASE NAME: Darvin Castro Santos vs Craig White, et al | 10. FROM 9/7/22  11. TO 9/7/22 |
| | 13. CITY: Baton Rouge |

3. DATE: 9/9/22

FILED
SEP 12 2022
Deputy Clerk, U.S. District Court
Middle District of Louisiana
Baton Rouge, La.

LOCATION OF PROCEEDINGS: Baton Rouge, La.

**15. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Recital of Agreement | 9/7/22 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [x] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |
| | | | ESTIMATE TOTAL | | $ 0.00 |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE: *Jack Largess*
19. DATE: 9/9/22

| | |
|---|---|
| PROCESSED BY | |
| PHONE NUMBER | |
| COURT ADDRESS | |

| TRANSCRIPT TO BE PREPARED BY | | DATE | BY |
|---|---|---|---|
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | TOTAL CHARGES | $ 0.00 |
| TRANSCRIPT RECEIVED | | LESS DEPOSIT | $ 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE | $ 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY