**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DARVIN CASTRO SANTOS** | **CIVIL ACTION** |
| **VERSUS** | |
| **CRAIG WHITE, ET AL.** | **NO. 16-00598-BAJ-EWD** |

## JUDGMENT

Considering the parties' **Joint Motion To Dismiss With Prejudice (Doc. 130)**, which the Court construes as a stipulation of dismissal signed by counsel for all remaining parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees.

Baton Rouge, Louisiana, this 30th day of September, 2022

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**